# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**GILBERT DELEON**
**#83223**                                                                                    **PLAINTIFF**

V.                             NO. 4:23-cv-00711-ERE

**ABSALAM TILLEY,** *et al.*                                                      **DEFENDANTS**

## JUDGMENT

Plaintiff Gilbert Deleon's claims are DISMISSED, without prejudice. The Clerk is directed to close this case.

So Ordered 8 November 2023.

_____
UNITED STATES MAGISTRATE JUDGE